544

## ORDER

PER CURIAM.

AND NOW, this 28th day of December, 1995, the order of the Commonwealth Court is hereby affirmed.

MONTEMURO, J., participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).

668 A.2d 1113

PENNSYLVANIA ASSOCIATION OF LIFE UNDERWRITERS; Albert C. Krempa, Jr., CLU, Ch FC; Professional Insurance Agents Association of Pennsylvania, Maryland and Delaware, Inc.; Robinson–Conner, Inc.; Independent Insurance Agents of Pennsylvania; and Travis B. Young & Son Agency.

v.

Constance B. FOSTER, as Statutory Liquidator of Pennsylvania Independent Business Association ("PIBA"), National Independent Business Association ("NIBA"), The American Independent Business Alliance ("AIBA"), NIBA Group Benefits Trust, and AIBA Group Benefits Trust, collectively known as "AIBA," Appellants.

Supreme Court of Pennsylvania.

Argued Dec. 6, 1995.

Decided Dec. 28, 1995.

***ORDER***

PER CURIAM:

Order affirmed.

668 A.2d 1113

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Jack A. WHITMYER, Appellee.**

Supreme Court of Pennsylvania.

Argued April 7, 1994.

Decided Dec. 29, 1995.

